UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE L. HANEY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>M. WOODRUFF,<br><br>　　　　　　Defendant. | No. 2:17-cv-0860-MCE-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On January 25, 2018, the court denied plaintiff's application for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g). ECF No. 10. To proceed with this action, plaintiff must pay the $400 filing fee.

Accordingly, it is ORDERED that plaintiff must pay the $400 filing fee within fourteen days from the date of service of this order. Failure to pay the filing fee as directed will result in a recommendation of dismissal.

Dated: January 29, 2018.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE